IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

In the Matter of the Arbitration Proceedings between

JOHN HANCOCK LIFE INSURANCE COMPANY,   Civil Action No.
   Petitioner,

and

SPHERE DRAKE INSURANCE LIMITED,   04 10181 MLW
   Respondent.

---

### JOHN HANCOCK LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE FORM PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, John Hancock Life Insurance Company is a wholly owned subsidiary of John Hancock Financial Services, Inc. It is expected that John Hancock Financial Services, Inc. will merge with Manulife Financial Corporation in the Second Quarter of 2004, with Manulife Financial Corporation being the ultimate parent.

Respectfully submitted,

JOHN HANCOCK LIFE INSURANCE COMPANY,

_____
Mitchell S. King
Rhonda L. Rittenberg
Michael A. Calawa
Massachusetts Bar #550498
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000
(617) 456-8100 (fax)

Dated: January 26, 2004