IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

In the Matter of the Arbitration Proceedings between

JOHN HANCOCK LIFE INSURANCE COMPANY,

    Petitioner,

and

SPHERE DRAKE INSURANCE LIMITED,
    Respondent.

---

Civil Action No.:
04-10181 MLW

## AFFIDAVIT OF PROOF OF SERVICE

I, Rhonda L. Rittenberg, upon oath, do hereby depose and state as follows:

1.    I am a partner in the law firm of Prince, Lobel, Glovsky and Tye LLP which represents the interests of Petitioner John Hancock Life Insurance Company ("John Hancock") in the above-captioned action. I make this affidavit pursuant to Fed. R. Civ. P. 4 (l).

2.    On January 26, 2004, John Hancock filed a Petition to Compel Arbitration Proceedings pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §4, along with a Memorandum In Support and Affidavit of Mitchell S. King (collectively the "Petition Papers").

3.    On January 27, 2004, I served in hand, via process server, a Summons and Petition Papers on the Massachusetts Commissioner of Insurance, as true and lawful attorney upon whom process may be made on behalf of Sphere Drake Insurance Limited ("Sphere Drake") pursuant to M.G.L.c. 175B, §2. The original January 27, 2004 Return

of Service and a true and accurate copy of my January 27, 2004 letter to Commissioner Bowler are attached hereto as Exhibit 1.

4. On January 27, 2004, I sent via Certified Mail, Return Receipt Requested the Summons and the Petition Papers to the law firm of Mendes & Mount, 750 Seventh Avenue, New York, New York 10019 ("Mendes & Mount"), the contractually designated service of process agent for Sphere Drake under the reinsurance contracts at issue in this matter. A true and accurate copy of my January 27, 2004 letter to Mendes & Mount is attached hereto as Exhibit 2.

5. Pursuant to M.G.L.c. 175B §2, on January 27, 2004, I sent notice of service on the Massachusetts Insurance Commissioner and Mendes & Mount and a copy of the Summons and the Petition Papers via International Registered Mail, Return Receipt Requested to Mr. Nick Bentley of Sphere Drake in Brighton England. I also sent that day via facsimile to Mr. Bentley copies of my January 27, 2004 letters to the Massachusetts Commissioner of Insurance and Mendes & Mount. See Exhibits 1 and 2.

6. On January 27, 2004, I sent via International Registered Mail, Return Receipt Requested a copy of the Summons and Petition Papers to Clyde & Co., Sphere Drake's U.K. counsel. I also sent that day via facsimile to Clyde & Co. copies of my January 27, 2004 letters to the Massachusetts Commissioner of Insurance and Mendes & Mount. See Exhibits 1 and 2.

7. On January 27, 2004, I sent via Certified Mail, Return Receipt Requested a copy of the Summons and Petition Papers to Butler, Rubin, Saltarelli & Boyd ("Butler Rubin"), Sphere Drake's U.S. counsel. I also sent that day via facsimile to Butler, Rubin

copies of my January 27, 2004 letters to the Massachusetts Commissioner of Insurance and Mendes & Mount. See Exhibits 1 and 2.

8. On January 28, 2004, I served in hand, via process server, an amended Summons and the Petition Papers on the Massachusetts Commissioner of Insurance, as true and lawful attorney upon whom process may be made on behalf of Sphere Drake pursuant to M.G.L.c. 175B, §2. The amended Summons contained a 5-day return date in accordance with 9 U.S.C. §4. The original January 28, 2004 Return of Service and a true and accurate copy of the January 28, 2004 letter to Commissioner Bowler are attached hereto as Exhibit 3.

9. On January 28, 2004, I sent via Certified Mail, Return Receipt Requested the amended Summons and Petition Papers to Mendes & Mount, the contractually designated service of process agent for Sphere Drake. I also sent via facsimile to Mendes & Mount, a copy of my January 28, 2004 letter with the amended Summons. A true and accurate copy of the January 28, 2004 letter to Mendes & Mount is attached hereto as Exhibit 4.

10. On January 28, 2004, I sent via International Registered Mail, Return Receipt Requested a copy of the amended Summons and Petition Papers to Mr. Bentley with Sphere Drake. That day, I also sent to Mr. Bentley via facsimile copies of my January 28, 2004 letters to the Massachusetts Commissioner of Insurance and Mendes & Mount and the amended Summons. See Exhibits 3 and 4.

11. On January 28, 2004, I sent via International Registered Mail, Return Receipt Requested a copy of amended Summons and Petition Papers to Clyde & Co. I also sent via facsimile to Clyde & Co. copies of my January 28, 2004 letters to the

3

Massachusetts Commissioner of Insurance and Mendes & Mount and the amended Summons. See Exhibits 3 and 4.

12. On January 28, 2004, I sent via Certified Mail, Return Receipt Requested a copy of the amended Summons and Petition Papers to Butler, Rubin. I also sent via facsimile to Butler, Rubin copies of my January 28, 2004 letters to the Massachusetts Commissioner of Insurance and Mendes & Mount and the amended Summons. See Exhibits 3 and 4.

13. The original Return Receipts for the Certified Mail and International Registered Mail deliveries referenced herein will be filed with the Court upon my receipt under separate affidavit of proof of service.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF FEBRUARY, 2004.**

_____
Rhonda L. Rittenberg