IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
In the Matter of the Arbitration Proceedings between )
                                                     )
JOHN HANCOCK LIFE INSURANCE COMPANY,                 )
        Petitioner,                                  )
                                                     )        Civil Action No.:
and                                                  )        04-10181MLW
                                                     )
SPHERE DRAKE INSURANCE LIMITED,                      )
        Respondent                                   )
                                                     )
_____)

## MOTION OF RESPONDENT SPHERE DRAKE INSURANCE LIMITED TO DISMISS OR IN THE ALTERNATIVE STAY THE PETITION OF JOHN HANCOCK LIFE INSURANCE COMPANY TO COMPEL ARBITRATION PROCEEDINGS

Respondent Sphere Drake Insurance Limited ("Sphere Drake") respectfully moves this

Court to dismiss or in the alternative stay the Petition of John Hancock Life Insurance Company

to Compel Arbitration Proceedings. As grounds for this Motion, Sphere Drake says that there is

no evidence, documentary, testimonial or otherwise, to suggest that the parties ever agreed that

arbitration of the contracts at issue in this matter would take place in Massachusetts.

Furthermore, dismissing or staying this action will serve to promote both judicial

economy as well as international comity. As John Hancock is well-aware, currently pending in

England is Sphere Drake's demand for arbitration of these very same contracts. Since the

contracts at issue in this matter were negotiated in England and since all of the witnesses to the

negotiation of these contracts reside in England, it only makes both judicial and common sense

that arbitration of this matter occur in England.

As further grounds for this Motion, Sphere Drake relies upon its Memorandum of Law in

Support of its Motion To Dismiss or Stay John Hancock's Petition To Compel Arbitration

Proceedings and the Affidavit of Raymond Gordon Bell and the exhibits attached thereto filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L. R. 7.1(D), Sphere Drake respectfully requests that this Court hold oral argument on Sphere Drake's Motion To Dismiss Or In The Alternative Stay John Hancock Life Insurance Company's Motion To Compel Arbitration Proceedings. Sphere Drake believes oral argument will assist the Court in ruling on the pending motion.

SPHERE DRAKE INSURANCE LIMITED
By its attorneys,

Andrea Peraner-Sweet (BBO#550515)
SALLY & FITCH
225 Franklin Street
Boston, MA 02110
(617) 542-5542

OF COUNSEL:

Harold C. Wheeler (Attorney I.D. No. 2996960)
Teresa Snider (Attorney I.D. No. 06210115)
Kevin J. O'Brien (Attorney I.D. No. 06193882)
Mark A. Schwartz (Attorney I.D. No. (6270580)
Butler, Rubin, Saltarelli & Boyd LLP
3 First National Plaza
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

## CERTIFICATE OF SERVICE

I, Andrea Peraner-Sweet, hereby certify that a copy of this document was served upon all counsel of record by first-class mail, postage pre-paid on February 4, 2004.

Andrea Peraner-Sweet