IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

In the Matter of the Arbitration Proceedings Between

JOHN HANCOCK LIFE INSURANCE COMPANY,
Petitioner,

and

SPHERE DRAKE INSURANCE LIMITED,
Respondent.

Civil Action No. 04 10181 MLW

---

### SPHERE DRAKE INSURANCE LIMITED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Sphere Drake Insurance Limited hereby discloses that the following entities are parent corporations of Sphere Drake Insurance Limited: Fairfax Financial Holdings Limited (Canada); FFH Reinsurance Group B.V. (Netherlands); FFH Financial Holdings S.A. (Luxembourg); FFHL Group Ltd. (Canada); and RiverStone Holdings Limited (UK). Fairfax Financial Holdings Limited is a publicly held corporation that owns 10% or more of Sphere Drake Insurance Limited's stock.

SPHERE DRAKE INSURANCE LIMITED
By its attorneys,

*Andrea Peraner-Sweet*
Andrea Peraner-Sweet (BBO#550515)
Sally & Fitch
225 Franklin Street
Boston, MA 02110
(617) 542-5542

OF COUNSEL:

Harold C. Wheeler (Attorney I.D. No. 2996960)
Teresa Snider (Attorney I.D. No. 06210115)
Kevin J. O'Brien (Attorney I.D. No. 06193882)
Mark A. Schwartz (Attorney I.D. No. (6270580)
Butler, Rubin, Saltarelli & Boyd LLP
3 First National Plaza
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

### CERTIFICATE OF SERVICE

I, Andrea Peraner-Sweet, hereby certify that a copy of this document was served upon all counsel of record by first-class mail, postage pre-paid on February 4, 2004.

Andrea Peraner-Sweet