IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In the Matter of the Arbitration Proceedings between )
)
JOHN HANCOCK LIFE INSURANCE COMPANY, )
    Petitioner, )
) Civil Action No.:
and ) 04-10181MLW
)
SPHERE DRAKE INSURANCE LIMITED, )
    Respondent )
)
_____ )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)2

I, Andrea Peraner-Sweet, hereby certify that counsel for Respondent, Sphere Drake Insurance Limited, has conferred with counsel for the Petitioner, John Hancock Life Insurance Company, before filing Sphere Drake's Motion To Dismiss Or In The Alternative Stay John Hancock Life Insurance Company's Petition To Compel Arbitration Proceedings in a good faith attempt to resolve the issues set forth in the motion, but the parties were unable to resolve these issues.

                                                  SPHERE DRAKE INSURANCE LIMITED
                                                  By its attorneys,

                                                  _____
                                                  Andrea Peraner-Sweet (BBO#550515)
                                                  Sally & Fitch
                                                  225 Franklin Street
                                                  Boston, MA 02110
                                                  (617) 542-5542

OF COUNSEL:

Harold C. Wheeler (Attorney I.D. No. 2996960)
Teresa Snider (Attorney I.D. No. 06210115)
Kevin J. O'Brien (Attorney I.D. No. 06193882)
Mark A. Schwartz (Attorney I.D. No. (6270580)
Butler, Rubin, Saltarelli & Boyd LLP
3 First National Plaza
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

## CERTIFICATE OF SERVICE

I, Andrea Peraner-Sweet, hereby certify that a copy of this document was served upon all counsel of record by first class mail, postage pre-paid, on February 4, 2004.

*[signature]*
Andrea Peraner-Sweet