IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Arbitration Proceedings between | ) |
| | ) |
| JOHN HANCOCK LIFE INSURANCE COMPANY, | ) |
|     Petitioner, | ) |
| | ) |
| and | ) |
| | ) |
| SPHERE DRAKE INSURANCE LIMITED, | ) |
|     Respondent | ) |
| | ) |
| | ) |

Civil Action No.:
04-10181MLW

## MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Andrea Peraner-Sweet, hereby request that Harold C. Wheeler, a partner in the law firm of Butler, Rubin, Saltarelli & Boyd, LLP, Kevin J. O'Brien, a partner in the law firm of Butler, Rubin, Saltarelli & Boyd, LLP, Teresa Snider, a partner in the law firm of Butler, Rubin, Saltarelli & Boyd, LLP and Mark A. Schwartz, an associate in the law firm of Butler, Rubin, Saltarelli & Boyd, LLP, counsel for the Respondent herein, all be permitted to appear and practice in this Court *pro hac vice* as counsel for the Respondent in the above-captioned matter. In support of this Motion, I state as follows:

1.    I am a partner at the law firm of Sally & Fitch, 225 Franklin Street, Boston, Massachusetts 02110. I am a member in good standing of the bar of the United States District Court for the District of Massachusetts. Sally & Fitch is filing an appearance in this action, and will act as local counsel for the Respondent.

2.    As set forth in the Affidavit attached hereto as Exhibit A, Harold C. Wheeler is a member in good standing in every jurisdiction where he has been admitted to practice; there are

no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and his firm, Butler, Rubin, Saltarelli & Boyd, LLP has a long-standing professional relationship with the Respondent in this action.

3.      As set forth in the Affidavit attached hereto as <u>Exhibit B</u>, Kevin J. O'Brien is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and his firm, Butler, Rubin, Saltarelli & Boyd, LLP has a long-standing professional relationship with the Respondent in this action.

4.      As set forth in the Affidavit attached hereto as <u>Exhibit C</u>, Teresa Snider is a member in good standing in every jurisdiction where she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and her firm, Butler, Rubin, Saltarelli & Boyd, LLP has a long-standing professional relationship with the Respondent in this action.

5.      As set forth in the Affidavit attached hereto as <u>Exhibit D</u>, Mark A. Schwartz is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and his firm, Butler, Rubin, Saltarelli & Boyd, LLP has a long-standing professional relationship with the Respondent in this action.

WHEREFORE, I, Andrea Peraner-Sweet, respectfully request that Harold C. Wheeler, Kevin J. O'Brien, Teresa Snider and Mark A. Schwartz be admitted to the bar of the United States District Court for the District of Massachusetts *pro hac vice* to appear on behalf of the Respondent in this action.

> SPHERE DRAKE INSURANCE LIMITED
> By its attorneys,
>
> Andrea Peraner-Sweet (BBO#550515)
> Sally & Fitch
> 225 Franklin Street
> Boston, MA 02110
> (617) 542-5542

## CERTIFICATION UNDER LOCAL RULE 7.1(A)2

I, Andrea Peraner-Sweet, hereby certify that counsel for Respondent conferred in good faith with counsel for the Petitioner who stated that Petitioner does not oppose the relief sought in this motion.

> Andrea Peraner-Sweet

## CERTIFICATE OF SERVICE

I, Andrea Peraner-Sweet, hereby certify that a copy of this document was served upon all counsel of record by first-class mail, postage pre-paid on February 4, 2004.

> Andrea Peraner-Sweet