Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

Mitchell S. King
617-456-8133
msking@plgt.com

February 6, 2004

**VIA HAND DELIVERY**
Civil Clerk's Office
United States District Court
    For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     **John Hancock Life Insurance Company v. Sphere Drake Insurance Limited**
         **Civil Action No. 04-10181 MLW**
         **Our File No. : 13688.025**

Dear Sir or Madam:

Sphere Drake has requested that the document filed as Petitioner's Exhibit 10 to the Affidavit of Mitchell S. King filed on January 26, 2004 and Petitioner's Exhibit 12 to the Amended Affidavit of Mitchell S. King filed on February 4, 2004 on behalf of John Hancock be withdrawn from the record and John Hancock agrees to do so. Could you please remove the Exhibit from the file and remove it from all copies.

Please advise the undersigned if there is any problem.

Very truly yours,

PRINCE, LOBEL, GLOVSKY & TYE, LLP.

Mitchell S. King
MSK/wa
Enclosures
cc:   Mr. Dennis O'Leary (via hand delivery)
       Andrea Peraner-Sweet, Esq. (via first class mail)
       Kevin O'Brien, Esq. (via first class mail)

PRINCE ▴ LOBEL ▴ GLOVSKY & TYE LLP