Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

Mitchell S. King
617-456-8133
msking@plgt.com

February 5, 2004

**VIA HAND DELIVERY**

Attn: Dennis O'Leary
Civil Clerk's Office
United States District Court
    For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    **John Hancock Life Insurance Company v. Sphere Drake Insurance Limited**
**Civil Action No. 04-10181 MLW**
**Our File No. : 13688.025**

Dear Mr. O'Leary:

Pursuant to Judge Wolf's February 4, 2004 endorsed order we hereby advise the Court that we have served Petitioner's Motions For a Temporary Restraining Order and Preliminary Injunction and all related documents on the law firm of Sally & Fitch via hand delivery, and the law firm of Butler Rubin Saltarelli & Boyd via regular mail. A copy of the cover letters to Sally & Fitch and Butler Rubin Saltarelli & Boyd is enclosed herewith.

Pursuant to Judge Wolf's order we request that the Court hold a scheduling conference or establish a briefing and hearing schedule promptly.

PRINCE . LOBEL . GLOVSKY & TYE LLP

Attn: Dennis O'Leary
Civil Clerk's Office
February 5, 2004
Page 2

Please date stamp the copy of the cover letter and return with the courier.

Thank you for your attention.

Very truly yours,

PRINCE, LOBEL, GLOVSKY & TYE, LLP.

Mitchell S. King

MSK/wa
Enclosures
cc:    Andrea Peraner-Sweet, Esq. (via first class mail)
       Kevin O'Brien, Esq. (via first class mail)
       James Rubin, Esq. (via first class mail)
       Teresa Snider, Esq. (via first class mail)