UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In the Matter of the Arbitration between

JOHN HANCOCK LIFE
INSURANCE COMPANY,
    Petitioner,

and

SPHERE DRAKE INSURANCE LIMITED,
    Respondent.

---

Civil Action No. 04-10181MLW

FILING FEE PAID:
RECEIPT # 53695
AMOUNT $ 50.00
BY DPTY CLK
DATE 2/10/04

## PETITIONER'S MOTION TO ADMIT DAVID SILVA *PRO HAC VICE*

For the above mentioned matter, the undersigned counsel attests:

1. Mitchell S. King is a member of the bar of the Commonwealth of Massachusetts;

2. Mitchell S. King has filed an appearance in the above-captioned action;

3. The certificate required by Local Rule 83.5.3 is attached to this motion as Exhibit A.

On this basis John Hancock Life Insurance Company moves for the admission of David Silva *Pro Hac Vice*.

Respectfully submitted,

JOHN HANCOCK
LIFE INSURANCE COMPANY

By their attorney;

Mitchell S. King BBO#272810
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: February 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **PETITIONER'S MOTION TO ADMIT DAVID SILVA** *PRO HAC VICE* was forwarded by mail on February 9, 2004 to all counsel of record.

_____
Mitchell S. King BBO#272107