UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In the Matter of the Arbitration between

JOHN HANCOCK LIFE
INSURANCE COMPANY,
    Petitioner,

and

SPHERE DRAKE INSURANCE LIMITED,
    Respondent.

---

Civil Action No. 04-10181MLW

## LOCAL RULE 7.1(A)(2) CERTIFICATE

PLEASE TAKE NOTICE THAT the undersigned party to this action, and its counsel, hereby certify pursuant to Local Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts that:

(a)    they have conferred in good faith with counsel for the Respondent who stated that Respondent does not oppose relief sought in this Motion.

Respectfully submitted,

JOHN HANCOCK
LIFE INSURANCE COMPANY

By their attorney;

Mitchell S. King BBO#272810
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: February 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **Local Rule 7.1(A)(2) Certificate** was forwarded by mail on February 9, 2004 to all counsel of record.

_____
Mitchell S. King BBO#2728107