# SALLY & FITCH

COUNSELORS AT LAW
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804

TEL: (617) 542-5542
FAX: (617) 542-1542

IN PROVIDENCE, R.I.

56 PINE STREET
PROVIDENCE, R.I. 02903
TEL: (401) 521-6500
FAX: (401) 274-2780

Andrea Peraner-Sweet
aps@sally-fitch.com

February 10, 2004

**BY HAND**

Clerk's Office – Civil
United States District Court
U.S. Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

Re: In the Matter of The Arbitration Proceedings Between John Hancock Life Insurance Co. and Sphere Drake Insurance Limited
C.A. No. 04-10181-MLW

Dear Sir/Madam:

Enclosed herewith in connection with Sphere Drake Insurance Ltd.'s Motion To Admit Attorneys Pro Hac Vice previously filed with the Court, is a check in the amount of $200.00. The filing fee was inadvertently omitted and I apologize for any inconvenience.

Thank you for your assistance.

Sincerely yours,

Andrea Peraner-Sweet

APS/am
Enclosure

cc: Mitchell S. King, Esq. (w/o enc.)
Teresa Snider, Esq. (w/o enc.)
Kevin J. O'Brien, Esq. (w/o enc.)