UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10181

| John Hancock Insurance Co. | Sphere Drake Insurance Co. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Mitchell King | Andrea Sweet |
| Rhonda Rittenberg | Teresa Snider |
|  | Harold Wheller |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary                REPORTER  Twomey

CLERK'S NOTES

| DATES: | Scheduling Conference Held |
|---|---|
| 02/12/04 | Court allows defendant's, motion for leave to appear pro hac vice by Wheller, Snider and Schwartz (docket no 19.).  Parties to file a written memorialization of their agreement to suspend the proceedings in England by cob of 2/17/04.  Parties to confer and see what facts can be stipulated and as to the facts they cannot agree to which of those are material to the case.  Parties to confer and submit a proposed schedule to the court by cob 2/19/04 along with a report regarding settlement. |

Case 1:04-cv-10181-MLW    Document 36    Filed 02/12/2004    Page 2 of 2