```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JOHN HANCOCK LIFE INSURANCE  )
COMPANY,                     )
    Petitioner,              )
                             )
    v.                       )    C.A. No. 04-10181-MLW
                             )
SPHERE DRAKE INSURANCE LIMITED, )
    Respondent.              )

ORDER

WOLF, D.J.                                      February 13, 2004

For the reasons described in court on February 12, 2004, it is hereby ORDERED that:

1. Harold C. Wheeler et al.'s Motion to Appear Pro Hac Vice (Docket No. 19) is ALLOWED.

2. David Silva's Motion to Appear Pro Hac Vice (Docket No. 27) is ALLOWED.

3. John Hancock Life Insurance Company's Motion for an Expedited Hearing (Docket No. 13) is MOOT.

4. The parties shall confer and, by February 17, 2004, file a copy of their agreement to suspend the parallel proceeding in English Commercial Court pending the outcome of this case.

5. The parties shall confer and, by February 19, 2004, report whether they have agreed to a settlement of this case. If not, they shall propose a schedule for submission, in accordance

with Local Rule 56.1, of John Hancock Life Insurance Company's motion for summary judgment and for any additional briefing on Sphere Drake Insurance Limited's motion to stay this case.

                                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE