UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------------------
In the Matter of the Arbitration between

JOHN HANCOCK LIFE
INSURANCE COMPANY,                                    Civil Action No. 04-10181MLW
    Petitioner,

       and

SPHERE DRAKE INSURANCE LIMITED,
    Respondent.
--------------------------------------------------------

**PARTIES' STIPULATION PURSUANT TO**
**FEBRUARY 13, 2004 COURT ORDER**

Further to this Court's Order dated February 13, 2004, John Hancock Life Insurance Company ("John Hancock") and Sphere Drake Insurance Limited ("Sphere Drake") hereby agree as follows:

1. With regard to the seven reinsurance agreements ("Seven Agreements") that are the subject of this action, Sphere Drake agrees to suspend the March 12, 2004 hearing in the Commercial Court in London presently scheduled in the English actions Sphere Drake instituted against John Hancock until such time as this Court has ruled on either John Hancock's Amended Verified Petition to Compel Arbitration Proceedings and/or Sphere Drake's Motion to Dismiss or Stay;

2. The parties have raised and are considering additional issues which may serve to supplement the foregoing. The parties fully reserve their rights in this regard.

1

Respectfully submitted,

| SPHERE DRAKE INSURANCE LIMITED | JOHN HANCOCK LIFE INSURANCE COMPANY |
|---|---|
| By their attorney; | By their attorney; |
| \_\_\_\_\_/s/_____ | _____/s/_____ |
| Andrea Peraner-Sweet (BBO#550515) | Mitchell S. King BBO#2728107 |
| Heather V. Baer (BBO#566746) | Prince, Lobel, Glovsky & Tye LLP |
| Sally & Fitch | 585 Commercial Street |
| 225 Franklin Street | Boston, MA 02109 |
| Boston, MA 02110 | (617) 456-8000 |
| (617) 542-5542 | |

Dated: February 17, 2004