UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**JOHN HANCOCK LIFE INSURANCE CO.**</u>
    Plaintiff

              CIVIL ACTION
              NO. <u>04-10181-MLW</u>

  v.

<u>**SPHERE DRAKE INSURANCE LIMITED**</u>
    Defendants


<u>**NOTICE**</u>

<u>**WOLF, D.J.**</u>

 PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>**SUMMARY JUDGMENT MOTION HEARING**</u> <u>on JUNE 17, 2004</u> at <u>3:00</u> P.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.


              TONY ANASTAS, CLERK


<u>**March 1, 2004**</u>      By:  <u>/s/ Dennis O'Leary</u>
Date               Deputy Clerk


**Notice mailed to:**
(notice.frm - 10/96)                               [ntchrgcnf.]