UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------

In the Matter of the Arbitration Proceedings between

JOHN HANCOCK LIFE
INSURANCE COMPANY,
    Petitioner,

and

SPHERE DRAKE INSURANCE LIMITED,
    Respondent.

-----------------------------------------------------------------

Civil Action No.
04-10181MLW

This is the exhibit referred to in the Affidavit of MALCOLM J BEACHAM, marked 'Exhibit 1' and sworn this 10th day of May 2004.

Before me, Darren Thompson of Clausen Miller LLP, 148 Leadenhall Street, London EC3V 4QT

A Solicitor empowered to administer oaths

*Malcolm Beacham*

M. J. Beacham

# Malcolm Beacham

**1999 – 2004**   MJ Beacham & Co / MJ Beacham Ltd
               Independent Consultant

Self-employed advisor specialising in Lloyd's matters including; feasibility studies for providers of corporate capital, business planning for underwriting operations, research & development, Independent review of risks and reinsurance for Lloyd's syndicates.

**1996 - 1999**   RGB Underwriting Agencies Ltd.

- 1996 - 1999   Director       RGB Underwriting Agencies Ltd
                Liability underwriter   syndicate 490

Responsible for all UK and International liability business and on the Board of the operating company.

**1995 - 1996**   Sabbatical

**1977 - 1995**   Hiscox Group

- 1977 - 1986   Accident underwriter   syndicate 33
                Deputy underwriter     syndicate 624

Responsible for accident and liability insurance and property reinsurance

- 1986 - 1995   Active Underwriter     syndicate 624

Responsible for reinsurance underwriting, and for oversight of all other lines of business. Setting underwriting policy, risk analysis, risk acceptance, recruitment and people management, IT, statistics, distribution, reinsurance purchasing etc.

- 1992 - 1995   Active Underwriter     syndicates 305 & 1169

Responsible for taking over these syndicates specialising in personal accident reinsurance and merging them with syndicate 624. Then managing run-off of the previous account.

- 1986 - 1995   Director       Hiscox Syndicates Ltd

Member of the Board concerned with the management aspects of running several Lloyd's syndicates - business strategy, planning, budgeting etc. Responsible particularly for Syndicate 624.

- 1988 - 1995   Director       Payne Hiscox Ltd

Member of the Board concerned with the management aspects of running syndicates 305 / 1169 before, during and after the merger with syndicate 624.

- 1993 - 1995   Director       Hiscox Underwriting Ltd. – a subsidiary of Hiscox Syndicates Ltd

Member of Board concerned with distribution of Group insurance products to brokers outside Lloyd's.

**1968 - 1977**   C.E.Heath & Co.(Underwriting) Ltd.

Training and underwriting in the Fire & Accident departments.