**Prince, Lobel, Glovsky & Tye LLP**
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

Mitchell S. King
617-456-8133
msking@plgt.com

FILED
IN CLERKS OFFICE
2004 FEB 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

COPY

February 11, 2004

**VIA HAND DELIVERY**

Civil Clerk's Office
United States District Court
    For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   John Hancock Life Insurance Company v. Sphere Drake Insurance Limited
      Civil Action No. 04-10181 MLW
      Our File No. : 13688.025

Dear Sir/Madam:

Enclosed for filing in reference to the above-captioned matter please find the following documents:

1.  OPPOSITION OF JOHN HANCOCK LIFE INSURANCE COMPANY TO THE MOTION OF RESPONDENT SPHERE DRAKE INSURANCE LIMITED TO DISMISS OR IN THE ALTERNATIVE STAY THE PETITION TO COMPEL ARBITRATION PROCEEDINGS;

2.  SECOND AFFIDAVIT OF MITCHELL S. KING IN SUPPORT OF VERIFIED AMENDED PETITION TO COMPEL ARBITRATION PROCEEDINGS AND IN OPPOSITION TO SPHERE DRAKE'S MOTION TO DISMISS;

3.  SECOND AFFIDAVIT OF JOSEPH P. WELCH IN SUPPORT OF VERIFIED AMENDED PETITION TO COMPEL ARBITRATION PROCEEDINGS AND IN OPPOSITION TO SPHERE DRAKE'S MOTION TO DISMISS;

**PRINCE ▲ LOBEL ▲ GLOVSKY & TYE LLP**

Civil Clerk's Office
February 11, 2004
Page 2

4. PETITIONER'S EXHIBITS VOLUME II (19 THROUGH 45);

5. JOHN HANCOCK'S LIFE INSURANCE COMPANY'S MOTION TO STRIKE PORTIONS OF SPHERE DRAKE'S SUPPORTING MEMORANDUM AND THE AFFIDAVIT OF RAYMOND BELL WITH EXHIBITS AND LOCAL RULE 7.1(A)(2) CERTIFICATE; and

6. MEMORANDUM OF LAW IN SUPPORT OF JOHN HANCOCK'S LIFE INSURANCE COMPANY'S MOTION TO STRIKE PORTIONS OF SPHERE DRAKE'S SUPPORTING MEMORANDUM AND THE AFFIDAVIT OF RAYMOND BELL WITH EXHIBITS.

Please date stamp the copy and give to the courier to return to this office

Thank you for your attention.

Very truly yours,

PRINCE, LOBEL, GLOVSKY & TYE, LLP.

Mitchell S. King

MSK/kt
Enclosures
cc: Andrea Peraner-Sweet, Esq. (via hand delivery)
    Kevin O'Brien, Esq. (via first class mail)
    James Rubin, Esq. (via first class mail)
    Teresa Snider, Esq. (via first class mail)

PRINCE.LOBEL.GLOVSKY & TYE