UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------
In the Matter of the Arbitration Proceedings Between

JOHN HANCOCK LIFE INSURANCE COMPANY,                Civil Action No.
        Petitioner,                                 04 10181 MLW

and

SPHERE DRAKE INSURANCE LIMITED,
        Respondent.
-----------------------------------------------------------------

### JOHN HANCOCK'S MOTION TO STRIKE SPHERE DRAKE'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS

John Hancock Life Insurance Company ("John Hancock") hereby moves this court to strike Sphere Drake's Local Rule 56.1 Statement of Material Facts ("Sphere Drake's Statement of Facts") for failure to comply with Local Rule 56.1. As reasons therefore, John Hancock states that Sphere Drake's Statement of Facts is not a concise statement of specific facts in dispute, and does not further the goal of sharply focusing areas of dispute. In further support of this motion, John Hancock submits herewith a Memorandum of Law in Support, which is incorporated by reference herein.

Respectfully submitted,

JOHN HANCOCK
LIFE INSURANCE COMPANY
By its attorneys,


 /s/ Rhonda L. Rittenberg_____
Mitchell S. King, Esq. BBO#272810
Rhonda L. Rittenberg, Esq. BBO# 550498
Michael A. Calawa, Esq. BBO# 643517
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Of Counsel
David A. Silva, Esq.
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York 10004
(212) 804-4200

Attorneys for
John Hancock Life Insurance Company

Dated: June 4, 2004


## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred in good faith with

counsel for the Respondent but have been unable to resolve or narrow the issues set forth in John

Hancock's Motion to Strike Sphere Drake's Local Rule 56.1 Statement of Material Facts.


 /s/ Michael A. Calawa_____
Michael A. Calawa, Esq. BBO# 643517