UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN HANCOCK LIFE INSURANCE        )
COMPANY,                           )
    Petitioner,                    )
                                   )
    v.                             )          C.A. No. 04-10181-MLW
                                   )
SPHERE DRAKE INSURANCE LIMITED,    )
    Respondent.                    )

ORDER

WOLF, D.J.                                          June 17, 2004

    For the reasons described in court on June 17, 2004, it is hereby ORDERED that:

    1.   Respondent Sphere Drake Insurance Limited's Motion to Dismiss, or, in the Alternative, Verified Amended Petition to Compel Arbitration Proceedings (Docket No. 33) is DENIED.

    2.   Petitioner John Hancock Life Insurance Company's Motion for Summary Judgment (Docket No. 54) is ALLOWED.  Accordingly, the Verified Amended Petition to Compel Arbitration Proceedings (Docket No. 7) is GRANTED.

    3.   The parties shall, forthwith, commence arbitration of their disputes relating to the seven agreements at issue in this case in the District of Massachusetts.

                                            /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE